UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

MICHAEL PETRUSHA and
TRACEY PETRUSHA,

      Debtors./

Case No.: 21-14169-AJC

Chapter 7

### AGREED *EX PARTE* MOTION FOR EXTENSION
### OF TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE AND TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS

Soneet R. Kapila, the Chapter 7 Trustee (the "Trustee") for the estate of Michael Petrusha and Tracey Petrusha (the "Debtors"), through undersigned counsel, moves, on an *ex-parte* basis, pursuant to Federal Rules of Bankruptcy Procedure 4003 and 4004, and Local Rule 9013-1(C)(1), for the entry of an order extending the Trustee's and United State Trustee's deadline to file a complaint objecting to Debtors' discharge and Trustee's deadline to object to Debtors' claimed exemptions.  In support of this motion (the "Motion"), the Trustee states:

1. The Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on April 30, 2021.

2. The Trustee conducted the Section 341 Meeting of Creditors on June 2, 2021.

3. The current deadline for the Trustee and the United States Trustee to file a complaint objecting to the Debtors' discharge is August 2, 2021.

4. The current deadline for the Trustee to file an objection to the Debtors' claimed exemptions is July 2, 2021.

5. Counsel was recently retained and has requested documents and requests an extension of time so that the Trustee has sufficient time to receive and review the documents, complete his analysis, request additional documents if necessary, and file an objection, if any, to the Debtors' discharge and/or claimed exemptions.

6. Accordingly, the Trustee requests an extension of time for the Trustee and the United States Trustee to object to the Debtors' discharge pursuant to Section 727 of the Bankruptcy Code through and including September 1, 2021, as well as the Trustee's deadline to object to the Debtors' claim of exemptions through and including August 2, 2021.

7. The Debtors consent to the extension of time requested herein.

8. Undersigned certifies that the Motion is brought in good faith and not for purposes of delay.

WHEREFORE, the Trustee respectfully requests entry of an order (a) granting the Motion; (b) extending the deadline for the Trustee and the United States Trustee to file a complaint objecting to Debtors' discharge through and including **September 1, 2021**; (c) extending the deadline for the Trustee to object to the Debtors' claimed exemptions through and including **August 2, 2021**; (d) and granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *foregoing* was served on all counsel of record or *pro se* parties identified on the attached Service List via U.S. Mail and/or the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 30, 2021.

Dated:  June 30, 2021          Respectfully Submitted,

Markowitz Ringel Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000 //  Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

*In re:* **MICHAEL PETRUSHA AND TRACEY PETRUSHA**
Case No.: 21-14169-AJC
<u>Service List</u>

**21-14169-AJC Notice will be electronically mailed to:**

Ross R Hartog on behalf of Trustee Soneet Kapila
rhartog@mrthlaw.com, ecfnotices@mrthlaw.com; gruiz@mrthlaw.com;mrthbkc@gmail.com; lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

Timothy S Kingcade, Esq on behalf of Debtor Michael Petrusha
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Timothy S Kingcade, Esq on behalf of Joint Debtor Tracey Petrusha
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**21-14169-AJC Notice will be mailed to:**

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541