UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**MICHAEL PETRUSIA**　　　　　　　　　　　　Case Number 21-14169-AJC
SSN XXX.XX.3735　　　　　　　　　　　　　　　Chapter 7
**TRACEY PETRUSIA**
SSN XXX.XX.6874

　　　　Debtors.
_____/

### DEBTORS' MOTION TO DISMISS CHAPTER 7 CASE

　　The Debtors, **MICHAEL PETRUSIA AND TRACEY PETRUSIA,** by and through undersigned counsel, file this *Motion to Dismiss Chapter 7 Case,* and aver:

　　1.　The Debtors filed a petition under Chapter 7 of the United States Bankruptcy Code on April 30, 2021.

　　2.　The Debtors' Meeting of Creditors was held and concluded on June 2, 2021.

　　3.　The Debtors wish to dismiss their case to resolve the debts with their creditors directly.

　　4.　The Debtors' Schedule F shows a total of $1,261,502.29 in debt. A majority of the debt that is listed resulted from an IRS tax lien recorded on August 10, 2011, in the amount of $1,124,473.59. A review of the public records shows that the tax lien expired on April 20, 2021. The Debtors believe that they will be able to negotiate settlements with the IRS and credit cards for the remaining debt.

　　5.　The Debtors seek an order dismissing the Chapter 7 case.

　　**WHEREFORE**, the Debtors respectfully request that this court enter an order dismissing his case and for any other relief deemed just and proper in the circumstances.

Page 2.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent on the 28th day of July 2021, via Regular U. S. Mail to all parties on the attached service list and via CM/ECF to all parties listed below:

- Ross Hartog, Chapter 7 Trustee
- Office of the United States Trustee

<table>
<tr><td>

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

</td><td>

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100
/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163

</td></tr>
</table>

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-14169-AJC<br>Southern District of Florida<br>Miami<br>Wed Jul 28 10:51:16 EDT 2021 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | AGAPEMED, LLC<br>101425 Overseas Hwy Box190<br>Key Largo, FL 33037-4505 |
| AGAPEMED, LLC<br>10145 Overseas Hwy Box 190<br>Key Largo, FL 33037 | Allied International Credit Corp., (US)<br>6800 Paragon Place, Suite 400<br>PO Box 1259<br>Richmond, VA 23218-1259 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>PO Box 53137<br>Phoenix, AZ 85072-3137 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 |
| Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Client Services<br>3451 Harry S Traman Blvd<br>Saint Charles, MO 63301-9816 | Daniel Igoe and Mary Igoe<br>c/o Tom Woods, Esq<br>171 Hood Avenue<br>Key Largo, FL 33037 |
| David G. Hutchison, Esq.<br>PO Box 1262<br>Key Largo, FL 33037 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Dynamic Recovery Solutions<br>Po box 25759<br>Greenville, SC 29616-0759 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | Fay Servicing Llc<br>1601 Lbj Freeway<br>Farmers Branch, TX 75234-6512 |
| Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680-9441 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0110 | Gold&diamond/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Golden Rule<br>a United Healhcare Company<br>PO Box 31374<br>Salt Lake City, UT 84131-0374 |
| Gulf Coast Collection Bureau<br>5630 Marquesas Circle<br>Sarasota, FL 34233-3331 | IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KWB Pathology Associates<br>PO Box 14389<br>Tallahassee, FL 32317-4389 |

| | | |
|---|---|---|
| Kenneth R. Irigoyen, D.M.D., P.A.<br>6705 Red Road, Suite 300<br>Miami, FL 33143-3638 | LOKATION REAL ESTATE LLC<br>1500 E ATLANTIC BLVD SUITE B<br>Pompano Beach, FL 33060-6769 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Merrick Bank/CardWorks<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Monroe County of Florida<br>Code Compliance Department<br>2798 Overseas Highway<br>Marathon, FL 33050-4277 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Funding LLC<br>221 Main Street<br>San Francisco, CA 94105-1906 | Prosper Funding LLC<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 |
| Providian National Bank<br>1600 Ormsby Station Court<br>Louisville, KY 40223-4039 | Radiology Associates of Tallahassee<br>PO Box 20747<br>Tampa, FL 33622-0747 | Sherloq Financial<br>134 S. Tampa Street<br>Tampa, FL 33602-5354 |
| Skin Diagnostics Group<br>SF50<br>PO Box 830525<br>Birmingham, AL 35283-0525 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/PPC<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Talahassee Memorial Healthcare<br>1607 St James Court, Suite 1<br>Tallahassee, FL 32308-5352 |
| Tbom/Atls/Aspire<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Tbom/Atls/Aspire<br>Po Box 105555<br>Atlanta, GA 30348-5555 | The Real Estate Book of Florida Keys<br>PO Box 292<br>Islamorada, FL 33036-0292 |
| The Receivable Management Services LLC<br>2001 6th Ave #2200<br>Seattle, WA 98121-2558 | Transunion<br>PO Box 1000<br>Chester, PA 19016-1000 | Zakheim & Associates, PA<br>5310 NW 43 Ave Suite 100<br>Fort Lauderdale, FL 33319 |
| Michael Petrusha<br>203 Camelot Drive<br>Tavernier, FL 33070-2805 | Soneet Kapila<br>www.kapilatrustee.com<br>PO Box 14213<br>Ft Lauderdale, FL 33302-4213 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |
| Tracey Petrusha<br>203 Camelot Drive<br>Tavernier, FL 33070-2805 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | (d)Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998-2234 | (d)Bank of America<br>PO BOX 982234<br>El Paso, TX 79998-2234 |
| (d)Bank of America<br>Po Box 982238<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |
| Department Of The Treasury<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | (d)Department of the Treasury<br>Po Box  21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 | (d)Experian<br>Po Box 2002<br>Allen, TX 75013-2002 |
| (d)IRS Centralized Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 | (d)Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     5<br>Total                   62 |