**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 21-14169-AJC |
| **MICHAEL PETRUSHA and** **TRACEY PETRUSHA,** | Chapter 7 |
| Debtors./ | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Notice Of Hearing* [ECF No. 32] and *Trustee's Motion To Compel Turnover Of Non-Exempt Assets* [ECF No. 31] were served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on August 2, 2021 and/or via U.S. Mail on August 6, 2021 on Debtors.

Dated:  August 6, 2021          Respectfully Submitted,

Markowitz Ringel Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000 //  Fax. (305) 670-5011

By: /s/ *John H. Lee*
     John H. Lee, Esq.
     Florida Bar No. 91795
     jlee@mrthlaw.com

*In re: MICHAEL PETRUSHA AND TRACEY PETRUSHA*
**Case No.: 21-14169-AJC**
**Service List**

**21-14169-AJC Notice will be electronically mailed to:**

Ross R Hartog on behalf of Trustee Soneet Kapila
rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;
mrthbkc@gmail.com;lgener@mrthlaw.com; ycandia@mrthlaw.com;
rhartog@ecf.courtdrive.com

Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

Timothy S Kingcade, Esq on behalf of Debtor Michael Petrusha
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Timothy S Kingcade, Esq on behalf of Joint Debtor Tracey Petrusha
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

John H Lee on behalf of Trustee Soneet Kapila
jlee@mrthlaw.com, ecfnotices@mrthlaw.com,mrthbkc@gmail.com,ycandia@mrthlaw.com,
lgener@mrthlaw.com;gruiz@mrthlaw.com;markowitzjr73991@notify.bestcase.com,
jlee@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**21-14169-AJC Notice will be mailed to:**

Michael & Tracey Petrusha
203 Camelot Drive
Tavernier, FL 33070