

**ORDERED in the Southern District of Florida on September 9, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 21-14169-AJC |
| MICHAEL PETRUSHA and<br>TRACEY PETRUSHA, | Chapter 7 |
| Debtors./ | |

**ORDER DENYING DEBTORS' MOTION
TO DISMISS CHAPTER 7 CASE**

THIS MATTER, having come before the Court on September 7, 2021, at 10:30 a.m. upon *Debtors' Motion to Dismiss Chapter 7 Case* (the "Motion") [ECF No. 25] and *Trustee's Response in Opposition to Debtors' Motion to Dismiss Chapter 7 Case* (the "Response") [ECF No. 37]. The Court, having reviewed the Motion and the Response, having heard arguments from the parties' counsels, and for the reasons stated on the record, which are incorporated herein by reference, it is

**ORDERED as follows:**

1. The Motion is **DENIED** without prejudice.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
851095