**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                                                   Case #21-14169-AJC
**Debtor:** Michael Petrusha                                                  Chapter 7

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 04-29-2022 and the following parties were present:

1. [ x ] The Debtor: Michael &Tracey Petrusha
2. [ x ] The Debtor's Attorney: Jessica McMaken, Esq.
3. [ x ] The Lender's Representative: Chris McBrayer
4. [ x ] The Lender's Attorney: Amy Kiser, Esq.

**B.** The final MMM conference was scheduled for 04-29-2022 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 04.29.22                            Signature of Mediator: _____ //s// Anthony Roca
                                                        Printed Name: Anthony Roca
                                                        Address: 6303 Blue Lagoon Drive Suite 400 Miami, FL 33126
Copies To:                                       Phone: (305) 771-3529
[All Parties to Mediation]            Email: tony@rocalaw.com