**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 21-14169-AJC |
| **MICHAEL PETRUSHA and**<br>**TRACEY PETRUSHA,** | Chapter 7 |
| Debtors./ | |

**SUMMARY OF FIRST AND FINAL FEE APPLICATION OF MARKOWITZ, RINGEL,**
**TRUSTY & HARTOG, P.A., COUNSEL TO THE CHAPTER 7 TRUSTEE**

| | | |
|---|---|---|
| 1. | Name of Applicant: | Markowitz Ringel Trusty & Hartog, P.A. |
| 2. | Role of Applicant: | Counsel for the Chapter 7 Trustee |
| 3. | Name of Certifying Professional: | John H. Lee, Esq. |
| 4. | Date case filed: | April 30, 2021 |
| 5. | Date of Retention Order: | June 29, 2021 [ECF No. 20]<br>Effective as of June 16, 2021 |

**IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

| | | |
|---|---|---|
| 6. | Period for this Application: | N/A |
| 7. | Amount of Compensation Sought: | N/A |
| 8. | Amount of Expense Reimbursement Sought: | N/A |

**IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

| | | |
|---|---|---|
| 9. | Total Amount of Compensation Sought during case: | $37,380.00 |
| 10. | Total Amount of Expense Reimbursement Sought during case: | $665.72 |
| 11. | Amount of Original Retainer (s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: | N/A |
| 12. | Current Balance of Retainer(s) remaining: | N/A |
| 13. | Last monthly operating report filed (Month/Year and ECF No.): | N/A |
| 14. | If case is Chapter 11, current funds in the Chapter 11 estate: | N/A |
| 15. | If case is Chapter 7, current funds held by Chapter 7 trustee: | $184,981.47 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 21-14169-AJC |
| **MICHAEL PETRUSHA and**<br>**TRACEY PETRUSHA,** | Chapter 7 |
| _____Debtors./_____ | |

**FIRST AND FINAL FEE APPLICATION OF MARKOWITZ, RINGEL,**
**TRUSTY & HARTOG, P.A., COUNSEL TO THE CHAPTER 7 TRUSTEE**

JOHN H. LEE, ESQ. and the law firm of MARKOWITZ, RINGEL, TRUSTY & HARTOG,

P.A. (collectively, the "Applicant" or the "Firm"), counsel to the Chapter 7 Trustee (the "Trustee"),

applies for First and Final application for compensation for fees for services rendered and costs

incurred in this Chapter 7 proceeding (the "Application") for the period of June 16, 2021 to September

7, 2022 (the "Application Period"). This Application is filed pursuant to 11 U.S.C. § 330 and

Bankruptcy Rule 2016 and meets all of the requirements set forth in the Guidelines incorporated in

Local Rule 2016-1(B)(1).  No understanding exists between the Applicant and any other person for

the sharing of compensation sought by Applicant, except among the partners and associates of the

Applicant.  The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibit "1" – Fee Application Summary Chart

Exhibits "2-A" and "2-B"- Summary of Professional and Paraprofessional Time.

Exhibit "3" - Summary of Requested Reimbursements of Expenses.

Exhibit "4" - The applicant's complete time records, in chronological order, by activity
code category, for the time period covered by this application.  The requested fees are
itemized to the tenth of an hour.

Applicant has expended a total of **96.6** hours during the Application Period rendering necessary and beneficial legal services to the Trustee and is seeking an award of fees totaling **$37,380.00** plus reimbursement of expenses totaling **$665.72.**

## DESCRIPTION OF SERVICES BY ACTIVITY CODES

As set forth in the exhibits to this Application, Applicant has organized its time records by activity codes in accordance with the Guidelines. Applicant summarizes the services provided as follows:

### *Asset Analysis and Recovery*

The Applicant expended considerable time analyzing and researching the Debtor's financial affairs and whether there were assets in this case. Applicant reviewed the Debtor's bank statements and tax returns, as well as conducted independent diligence on the Debtor's financial affairs.

During the pendency of this case the Trustee discovered that the Debtors procured pre-petition fully executed sales contracts for three separate real properties in which the Debtors were both the buyer's and seller's real estate agent.  The Trustee asserted that the commissions from these three properties, if the sales closed, were property of the bankruptcy estate. The Debtors' disputed the Trustee's assertion and much of Applicant's time revolved around the prosecution of same. Applicant's efforts involved extensive and ongoing legal research, drafting a motion to compel turnover of the real estate commissions and attending three separate hearings on same, drafting a response to the Debtors' motion to dismiss this case and successfully arguing at the subsequent hearing for same, conducting a deposition of the Debtors, and ongoing negotiations with Debtors' counsel.  Due to Applicant's efforts the real estate commissions, totaling over $190,000.00, were found to be property of the estate and the Debtors were ordered to turnover same.

Applicant has expended **86.6** hours and is seeking an award of fees in the amount of **$33,780.00** for services provided in this category.

*Case Administration*

Applicant has managed all aspects of this case, including compliance with all statutes, rules and guidelines.  Applicant provided the Trustee with constant updates and summary information necessary for compliance with reporting requirements.  Applicant also spent time drafting and finalizing a criminal referral of the Debtors and discussing same with the Trustee.

Applicant has expended **4.6** hours (including estimated time to attend to matters related to closing the estate) and is seeking an award of fees in the amount of **$2,145.00** for services provided in this category.

*Fee/Employment Applications*

Applicant assisted the Trustee with all necessary pleadings to retain the Firm as counsel to the Trustee.  Applicant also expended time drafting and finalizing its fee application.

Applicant has expended **5.4** hours (including estimated time to prepare this Application) and is seeking an award of fees in the amount of **$1,455.00** for services provided in this category.

## EVALUATION OF SERVICES PROVIDED

The Applicant believes that the requested fee of **$37,380.00** for **96.6** hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

The Time and Labor Required:  The Applicant's actual time records are attached as Exhibit "4".  They reflect the nature of the services performed, but not the quality or importance of the services nor the priority accorded this case.  Typically, some minor services are not recorded in the time records.  The time records do reflect, however, the extended numerous services performed, including drafting pleadings, analyzing financial records and documents, conducting examinations, negotiating, attending conferences and court appearances and research required to adequately represent the

interests of the Trustee.  A summary of the time reports and services provided are also attached to this Application as Exhibits 2-A and 2-B.

The Novelty and Difficulty of the Services Rendered:  The issues which have arisen during the Application Period are not unusual in chapter 7 bankruptcy cases.  Applicant dealt with creditor inquiries, financial record review, analysis of possible sources of recovery, negotiations with the Debtors and general case administration issues.

The Skill Requisite to Perform the Legal Services Properly: To properly represent any Chapter 7 Trustee requires substantial legal skill and experience in the area of bankruptcy law.  The skill necessary in this case is not different from other Chapter 7 cases.

The Preclusion of Other Employment by the Attorney Due to the Acceptance of the Case:  To our knowledge, no other employment was precluded by our accepting this case.  Of course, had we not accepted this case, we might have devoted our time to other matters for which we are compensated by clients on a current monthly basis.

The Customary Fee:  The fee request is reflective of the same hourly rates which we charge other commercial clients on a monthly basis.  The hourly rates charged by Applicant as set forth in Exhibits 2-A and 2-B range from $375.00 to $525.00 per hour for attorneys and $125.00 to $175.00 per hour for paralegals and law clerks, which is well within (or lower than) the rates charged by other professionals and paraprofessionals in the Southern District of Florida of similar skill and experience.

Whether the Fee is Fixed or Contingent:  Applicant's compensation in this matter is subject to approval of the Court and therefore contingent.  The Court should consider this factor, which militates in favor of a fee award in the amount requested.  The amount requested is based on a fixed hourly rate that is consistent with what Applicant charges its clients in other non-contingent, bankruptcy and commercial cases.

Time Limitations Imposed by the Client or Other Circumstances:  Applicant is mindful of the desire to administer this case expeditiously in the interest of creditors and the Debtor.

The Experience, Reputation, and Ability of the Attorneys:   Applicant is experienced in bankruptcy proceedings and is well known to this court.  Applicant enjoys a fine reputation and the attorneys working on this matter have proven ability in the fields of bankruptcy and bankruptcy litigation. Mr. Hartog is well known to the Court and is a shareholder of the Applicant. Mr. Hartog concentrates on the representation of trustees, creditors, creditors' committees, and debtors in bankruptcy cases. Mr. Hartog is on the panel of chapter 7 bankruptcy trustees in the Southern District of Florida. Mr. Hartog is also a past president of the Bankruptcy Bar Association for the Southern District of Florida. Mr. Lee focuses his practice on bankruptcy and restructuring, bankruptcy litigation, and creditors' rights and representing bankruptcy trustees in chapter 7 cases.

The Undesirability of the Case:  This case is not undesirable and Applicant is proud to have had the privilege of serving the Trustee and the Court in this matter.

The Nature and Length of the Professional Relationship of the Client:   Applicant has frequently served as counsel to the client in other bankruptcy proceedings in his capacity as a Chapter 7 Trustee.

Awards in Similar Cases:  The fee requested is typical of fees requested and received by applicants for similar services involving similar results obtained, considering the size and complexity of the disputes among the parties.  The fees requested by the Applicant, computed at the hourly rate of between $125.00 and $525.00 per hour, comport with the economic spirit of the Bankruptcy Code. Applicant respectfully requests that this Court take notice that Applicant occupies extensive and expensive offices in prime commercial locations, with extensive library facilities, sophisticated office equipment, and a large staff of paralegals, secretarial and other support personnel, all of which contributed to the results obtained in this case.  Consequently, a significant portion of any fee award

necessarily defrays the substantial overhead charges incurred in operating the Applicant law firm for which clients outside of bankruptcy proceedings may be separately charged.

**WHEREFORE**, the Applicant seeks a first and final award of fees in the amount of **$37,380.00** and costs in the amount of **$665.72.**

Dated: September 7, 2022        Markowitz, Ringel, Trusty & Hartog, P.A.
       *Counsel to Chapter 7 Trustee*
       9130 South Dadeland Boulevard, Suite 1800
       Miami, Florida  33156
       Tel. (305) 670-5000
       Fax. (305) 670-5011

       By: /s/ *John H. Lee*
            JOHN H. LEE
            Florida Bar No. 91795
            E-mail: jlee@mrthlaw.com

**Fee Application Summary Chart**
**Exhibit "1"**

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| Not Applicable as this is the first and final fee application. | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**EXHIBIT "2-A"**

**Summary of Professional and Paraprofessional Time**
**Total Per Individual for this Period Only**

| Name | Shareholder, Partner, Associate, Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|------|---------------------------------------------------|---------------|-------------|------|-----|
| Ross R. Hartog | Shareholder | 1995[1] | 11.8 | $525.00 | $6,195.00 |
| John H. Lee | Partner | 2011 | 82.1 | $375.00 | $30,787.50 |
| Grace Ruiz | Paralegal | N/A | 1.2 | $175.00 | $210.00 |
| Mark Salazar | Paralegal | N/A | 1.5 | $125.00 | $187.50 |

Total Hours (a)                                                         **(a) 96.6**

Average "Blended" Hourly                                    (b) $386.96
Rate (b)

Total Fees (c)                                                         **(c)$37,380.00**

* Indicate any changes in hourly rate and the date of such change: N/A

---

[1] Admitted to practice in Arizona in 1995 and Florida in 2000.

# EXHIBIT "2-B"
## Summary of Professional and Paraprofessional Time by
## Activity Code Category for this Time Period Only

### Activity Code: Asset Analysis and Recovery

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Shareholder | Ross R. Hartog | $525.00 | 8.7 | $4,567.50 |
| Partner | John H. Lee | $375.00 | 77.9 | $29,212.50 |
|  |  | Activity Subtotal: | **86.6** | **$33,780.00** |

### Activity Code: Case Administration

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Shareholder | Ross R. Hartog | $525.00 | 2.8 | $1,470.00 |
| Partner | John H. Lee | $375.00 | 1.8 | $675.00 |
|  |  | Activity Subtotal: | **4.6** | **$2,145.00** |

### Activity Code: Fee/Employment Applications

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Shareholder | Ross R. Hartog | $525.00 | 0.3 | $157.50 |
| Partner | John H. Lee | $375.00 | 2.4 | $900.00 |
| Paralegal | Grace Ruiz | $175.00 | 1.2 | $210.00 |
| Paralegal | Mark Salazar | $125.00 | 1.5 | $187.50 |
|  |  | Activity Subtotal: | **5.4** | **$1,455.00** |

# EXHIBIT "3"

### Summary of Requested Reimbursement Of Expenses for this Time Period Only

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | |
| 2. | Process Service Fees | $ | |
| 3. | Witness Fees | $ | |
| 4. | Court Reporter Fees and Transcripts | $ | 260.00 |
| 5. | Lien and Title Searches | $ | |
| 6. | Photocopies <br> (a) In-house copies (None at 0.15/page) | $ | |
| 7. | Postage | $ | 0.51 |
| 8. | Overnight Delivery Charges | $ | |
| 9. | Outside Courrier/Messenger Services | $ | |
| 10. | Long Distance Telephone Charges | $ | |
| 11. | Long Distance Fax Transmissions | $ | |
| 12. | Computerized Research <br> (a) Westlaw ($205.11) <br> (b) Pacer ($1.80) | $ | 206.91 |
| 13. | Out-of-Southern District of Florida Travel | $ | |
| 14. | Other Permissible Expenses (must specify and justify) <br> (a) Court Solutions Hearings | $ | 150.00 |
| 15. | Certified Court Copies | $ | |
| 16. | Certificate of Service Mailings | $ | 48.30 |
| **TOTAL EXPENSE REIMBURSEMENT REQUESTED:** | | **$** | **665.72** |

**Exhibit "4"**
(Applicant's Time Records for Application Period)

Soneet Kapila, Chapter 7 Trustee
1000 South Federal Highway
Suite 200
Fort Lauderdale,FL. 33316

For Services Rendered  through September 7, 2022

Asset Analysis and Recovery

| 06/16/21 | JHL | Review case file in new Petrusha case.  Discuss case issues with R. Hartog and Trustee. Correspond and conference with Debtor's counsel discussing case issues.  Conduct legal research regarding real estate commissions and property of the estate. | 3.60 | 375.00 | 1,350.00 |
|---|---|---|---|---|---|
| 06/16/21 | RRH | Multiple e-mails and conferences with Trustee, A. Poilit, and J. Lee regarding new case, due diligence, and seeking hold on real estate commission. | 1.80 | 525.00 | 945.00 |
| 06/17/21 | JHL | Conference with R. Hartog regarding case issues in new Petrusha case. | 0.50 | 375.00 | 187.50 |
| 06/17/21 | JHL | Correspond with R. Hartog regarding employment as Trustee's attorney in the Petrusha case. | 0.20 | 375.00 | 75.00 |
| 06/17/21 | RRH | E-mails with J. Lee and L. Gener regarding due diligence and following up on hold of disputed funds. | 0.20 | 525.00 | 105.00 |
| 06/18/21 | JHL | Correspond with Debtor's counsel regarding legal research and case issues in the Petrusha case. Continue legal research.  Review case law also provided by Debtor's counsel and discuss same. | 1.30 | 375.00 | 487.50 |
| 06/25/21 | JHL | Correspond with Debtor's counsel regarding extension of deadlines and case issues in the Petrusha case. Conduct further legal research. Correspond with Debtor's counsel confirming receipt of the commission checks in Debtor's attorney's possession. | 0.70 | 375.00 | 262.50 |
| 06/29/21 | JHL | Review order entered granting application to employ Trustee attorney in the Pestrusha case. | 0.10 | 375.00 | 37.50 |

| 06/29/21 | JHL | Draft and finalize motion and order to enlarge deadlines in the Petrusha case. | 0.50 | 375.00 | 187.50 |
|---|---|---|---|---|---|
| 07/01/21 | JHL | Review order granting motion to extend deadlines. | 0.10 | 375.00 | 37.50 |
| 07/09/21 | JHL | Correspond with Debtor's counsel regarding case issues and settlement. Discuss same with Trustee. Continue legal research regarding when real estate commission are earned and property of the bankruptcy estate.  Provide memorandum of law regarding same. | 3.20 | 375.00 | 1,200.00 |
| 07/09/21 | RRH | Multiple communications with J. Lee and Trustee regarding money in trust and commissions. | 0.20 | 525.00 | 105.00 |
| 07/12/21 | JHL | Correspond with Debtor's counsel regarding update with case and settlement.  Review additional documents from Debtors' counsel. Conduct legal research. | 1.60 | 375.00 | 600.00 |
| 07/13/21 | JHL | Correspond with Debtors' counsel regarding amounts held in trust, additional commissions, discovery and settlement.  Review additional documents provided by Debtors' counsel. Continue legal research regarding commission and property of the estate.  Call with Debtors' counsel discussing case law and potential settlement.  Review counter offer from Debtors' counsel and send same to Trustee. Update legal analysis and send same to Trustee and Debtors' counsel. | 5.10 | 375.00 | 1,912.50 |
| 07/13/21 | RRH | Continued communications with J. Lee and Trustee regarding commissions. | 0.20 | 525.00 | 105.00 |
| 07/15/21 | JHL | Provide case update to Trustee. Correspond with Debtors' counsel regarding receipt of second commission checks. Conference with R. Hartog discussing same. | 0.50 | 375.00 | 187.50 |
| 07/15/21 | RRH | Debrief J. Lee on call with T. Kingcaid and issues in case; develop strategy; and prepare update for Trustee. | 0.20 | 525.00 | 105.00 |
| 07/19/21 | JHL | Correspond with Debtor's counsel confirming amount held in trust and other case issues. | 0.30 | 375.00 | 112.50 |
| 07/22/21 | JHL | Correspond with Debtors' counsel discussing potential settlement of commission issue. | 0.30 | 375.00 | 112.50 |

| 07/23/21 | JHL | Follow up with Debtors' counsel regarding potential settlement. | 0.10 | 375.00 | 37.50 |
|---|---|---|---|---|---|
| 07/24/21 | JHL | Review email from Debtor's counsel with update regarding efforts to contact client regarding settlement. | 0.10 | 375.00 | 37.50 |
| 07/26/21 | JHL | Correspond with Debtors' counsel requesting update and potential agreement to enlarge deadlines. | 0.20 | 375.00 | 75.00 |
| 07/27/21 | JHL | Review email from Debtors' counsel informing of motion to dismiss case. | 0.10 | 375.00 | 37.50 |
| 07/28/21 | JHL | Review motion to dismiss filed by Debtors. Correspond with R. Hartog. | 0.30 | 375.00 | 112.50 |
| 07/28/21 | JHL | Review email from Debtors' counsel agreeing to enlarge deadlines. Discuss case issues with Debtors' counsel and trustee's opposition to Debtor's motion to dismiss. | 0.40 | 375.00 | 150.00 |
| 07/28/21 | RRH | Continued development of strategy for recovery of commissions and drafting of motion to compel turnover. | 0.20 | 525.00 | 105.00 |
| 07/29/21 | JHL | Draft motion to compel turnover of commissions. Continue legal research regarding same. Correspond with Debtors' counsel regarding potential additional unscheduled sales contracts and discovery related to same. | 6.20 | 375.00 | 2,325.00 |
| 07/29/21 | RRH | Review and revise motion to compel turnover of real estate commissions. | 0.50 | 525.00 | 262.50 |
| 07/30/21 | JHL | Draft and file motion and order enlarging deadlines. | 0.50 | 375.00 | 187.50 |
| 07/30/21 | JHL | Provide Trustee case update.  Discuss same with R. Hartog. Correspond with Debtors' counsel regarding update with documents. | 0.60 | 375.00 | 225.00 |
| 07/30/21 | RRH | E-mails with J. Lee regarding motion to compel, motion to dismiss, and research regarding commissions. | 0.20 | 525.00 | 105.00 |
| 07/30/21 | RRH | E-mails with B. Beckett regarding MLS. | 0.20 | 525.00 | 105.00 |
| 08/02/21 | JHL | Follow up with Debtor's counsel regarding documents. | 0.10 | 375.00 | 37.50 |

| 08/02/21 | JHL | Review order granting motion to extend deadlines. | 0.10 | 375.00 | 37.50 |
| 08/02/21 | JHL | Revise and finalize motion to compel turnover of commissions. Discuss same with R. Hartog. | 2.70 | 375.00 | 1,012.50 |
| 08/02/21 | RRH | Conferences and e-mails with J. Lee regarding motion to compel; review and revise same. | 0.50 | 525.00 | 262.50 |
| 08/03/21 | JHL | Correspond with Debtor's counsel regarding deposition dates. | 0.20 | 375.00 | 75.00 |
| 08/04/21 | RRH | E-mails and conferences with J. Lee and Trustee regarding Rule 2004 Examination. | 0.20 | 525.00 | 105.00 |
| 08/05/21 | JHL | Correspond with Debtor's counsel regarding deposition dates. | 0.20 | 375.00 | 75.00 |
| 08/09/21 | JHL | Draft notice of 2004 examination of the Debtors. | 1.00 | 375.00 | 375.00 |
| 08/09/21 | JHL | Review case file and discovery.  Correspond with Trustee's office regarding all documents produced to trustee and requests for copies of same. | 0.70 | 375.00 | 262.50 |
| 08/10/21 | JHL | Continue reviewing discovery and investigate asset profile.  Finalize notice of 2004 examination. | 1.10 | 375.00 | 412.50 |
| 08/12/21 | JHL | Correspond with Debtors' counsel regarding 2004 and missing documents. | 0.20 | 375.00 | 75.00 |
| 08/16/21 | JHL | Correspond with M. Walker regarding debtor documents produced to Trustee. | 0.20 | 375.00 | 75.00 |
| 08/18/21 | JHL | Correspond with Debtor's counsel regarding missing documents.  Conference regarding same. | 0.40 | 375.00 | 150.00 |
| 08/20/21 | JHL | Correspond with Debtor's counsel regarding case issues and documents. Conference and e-mails with Y. Candia and court reporter regarding 2004 exam of the Debtor and confirming same. | 0.50 | 375.00 | 187.50 |
| 08/23/21 | JHL | Prepare for deposition of Debtors. | 5.00 | 375.00 | 1,875.00 |
| 08/24/21 | JHL | Prepare for and conduct deposition of Debtors. | 5.10 | 375.00 | 1,912.50 |
| 08/24/21 | RRH | E-mails and call with J. Lee to debrief and evaluate Rule 2004 Examination. | 0.20 | 525.00 | 105.00 |

| 08/25/21 | JHL | Conference with R. Hartog regarding case issue and status. | 0.20 | 375.00 | 75.00 |
| 08/25/21 | JHL | Call with R. Hartog discussing case issues. | 0.30 | 375.00 | 112.50 |
| 08/26/21 | JHL | Correspond with Debtor's counsel regarding case issues and conference to discuss same. | 0.30 | 375.00 | 112.50 |
| 08/26/21 | JHL | Review additional documents provided by Debtor that were requested at the 2004 exam. | 0.60 | 375.00 | 225.00 |
| 08/27/21 | JHL | Conference with Debtor's counsel to discuss case issues. | 0.30 | 375.00 | 112.50 |
| 08/30/21 | JHL | Review email from Debtor's counsel regarding case status and potential settlement. | 0.10 | 375.00 | 37.50 |
| 09/02/21 | JHL | Conference with R. Hartog discussing case issues and response to motion to dismiss. | 0.20 | 375.00 | 75.00 |
| 09/02/21 | JHL | Draft response to motion to dismiss case. Conduct legal research regarding same. Correspond with R. Hartog regarding response. | 5.90 | 375.00 | 2,212.50 |
| 09/02/21 | RRH | Evaluate strategies for motion to compel turnover in light of Debtor's position; conference with J. Lee regarding same. | 0.20 | 525.00 | 105.00 |
| 09/02/21 | RRH | Review and revise response to motion to dismiss and e-mails with J. Lee regarding same. | 0.50 | 525.00 | 262.50 |
| 09/07/21 | JHL | Prepare for and attend hearing on motion to dismiss. | 2.60 | 375.00 | 975.00 |
| 09/08/21 | JHL | Draft order denying motion to dismiss. Draft order continuing hearing on motion to compel. Discuss same with Debtors' counsel. | 0.60 | 375.00 | 225.00 |
| 09/09/21 | JHL | Provide case udpate to Trustee. | 0.30 | 375.00 | 112.50 |
| 09/09/21 | JHL | Correspond with L. Gener regarding order on continuing motion to compel and new date for same. | 0.20 | 375.00 | 75.00 |
| 09/09/21 | RRH | Multiple calls and e-mails with Trustee, M. Walker, and J. Lee regarding hearings on motion to compel and motion to dismiss as well as criminal referral. | 0.50 | 525.00 | 262.50 |
| 09/10/21 | JHL | Review order entered by judge denying motion to dismiss case. | 0.10 | 375.00 | 37.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/21 | JHL | Review order entered continuing hearing on motion to compel. | 0.10 | 375.00 | 37.50 |
| 09/14/21 | JHL | Conference with K. Gonzalez discussing case issues. | 0.30 | 375.00 | 112.50 |
| 09/14/21 | JHL | Review additional discovery provided by debtors. | 0.70 | 375.00 | 262.50 |
| 09/15/21 | JHL | Revise criminal referral letter. Discuss same with R. Hartog. | 0.80 | 375.00 | 300.00 |
| 09/15/21 | JHL | Conference with R. Hartog discussing various issues and legal arguments regarding dismissal and property of the estate. | 0.30 | 375.00 | 112.50 |
| 09/16/21 | JHL | Finalize criminal referral letter. | 0.40 | 375.00 | 150.00 |
| 09/17/21 | JHL | Correspond with Debtor's counsel regarding potential settlement.  Conference with counsel regarding same. | 0.60 | 375.00 | 225.00 |
| 09/17/21 | JHL | Draft and file motion to extend deadlines. | 0.50 | 375.00 | 187.50 |
| 09/17/21 | RRH | Evaluate settlement options and continued hearing on motion to compel; conference with J. Lee regarding same. | 0.20 | 525.00 | 105.00 |
| 09/18/21 | RRH | E-mails with Trustee regarding criminal referrals. | 0.10 | 525.00 | 52.50 |
| 09/20/21 | JHL | Correspond with L. Gener regarding hearing on motion to extend deadline and moving same. | 0.20 | 375.00 | 75.00 |
| 09/20/21 | JHL | Review re-notice of hearing on motion to extend. | 0.10 | 375.00 | 37.50 |
| 09/20/21 | JHL | Correspond with Debtors' counsel regarding case status. | 0.20 | 375.00 | 75.00 |
| 09/20/21 | RRH | Confirm stance on dismissal and settlement terms with J. Lee. | 0.10 | 525.00 | 52.50 |
| 09/27/21 | JHL | Correspond with Debtors' counsel and Trustee regarding potential settlement. | 0.40 | 375.00 | 150.00 |
| 09/27/21 | RRH | E-mails with J. Lee and Trustee regarding settlement offer. | 0.10 | 525.00 | 52.50 |
| 10/06/21 | JHL | Correspond with A. Polit regarding coverage of motion to compel hearing. | 0.20 | 375.00 | 75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/21 | RRH | Assist J. Lee in preparation for hearing on motion to compel turnover of real estate commissions. | 0.50 | 525.00 | 262.50 |
| 10/07/21 | JHL | Conference with JA regarding continued hearing on motion to compel. Review notice of continued hearing filed by judge. | 0.30 | 375.00 | 112.50 |
| 10/07/21 | RRH | Commuications with J. Lee regarding hearing on motion to compel. | 0.20 | 525.00 | 105.00 |
| 10/08/21 | JHL | Prepare for and attend hearing on motion to compel. Correspond with Trustee regarding udpate with case and the hearing. | 2.30 | 375.00 | 862.50 |
| 10/08/21 | RRH | Debrief J. Lee on motion to compel; commuincations with Trustee regarding same. | 0.20 | 525.00 | 105.00 |
| 10/11/21 | JHL | Draft order granting motion to extend deadlines. | 0.30 | 375.00 | 112.50 |
| 10/11/21 | JHL | Draft order granting motion to compel turnover of non-exempt assets. Send same to debtors' counsel. Correspond with Debtor's counsel regarding same. | 0.60 | 375.00 | 225.00 |
| 10/12/21 | JHL | Review order entered by judge granting motion to compel and motion to enlarge deadlines. Discuss same with Debtors' counsel and status of payment. | 0.30 | 375.00 | 112.50 |
| 10/13/21 | JHL | Correspond with Debtors' counsel regarding status of commission checks. | 0.20 | 375.00 | 75.00 |
| 10/14/21 | JHL | Correspond with Debtors' counsel regarding status of payments. | 0.20 | 375.00 | 75.00 |
| 10/15/21 | JHL | Correspond with Debtors' counsel and A. Polit regarding turnover of commission checks. | 0.50 | 375.00 | 187.50 |
| 10/29/21 | JHL | Prepare and send email to Debtor's counsel requesting update with third property and documents related to potential sales commissions. | 0.10 | 375.00 | 37.50 |
| 11/01/21 | JHL | Review email from Debtor's counsel with update regarding discovery. | 0.10 | 375.00 | 37.50 |
| 11/03/21 | JHL | Correspond with Debtor's counsel regarding update with discovery and agreement to enlarge deadlines. Correspond with L. Gener regarding filing not agreed motion to extend deadlines. | 0.30 | 375.00 | 112.50 |

| 11/04/21 | JHL | Draft and file motion to extend deadlines. | 0.40 | 375.00 | 150.00 |
|---|---|---|---|---|---|
| 11/08/21 | JHL | Correspond with Debtors' counsel requesting update with documents and agreement to extend deadlines. | 0.20 | 375.00 | 75.00 |
| 11/09/21 | JHL | Correspond with Debtors' counsel regarding update with case. Review additional discovery. | 0.40 | 375.00 | 150.00 |
| 11/09/21 | RRH | Assist J. Lee in preparing for continued hearing on motion to compel. | 0.50 | 525.00 | 262.50 |
| 11/10/21 | JHL | Correspond with Debtors' counsel regarding missing discovery, extension of deadlines, and pending hearing on motion to compel. | 0.30 | 375.00 | 112.50 |
| 11/10/21 | JHL | Prepare for and attend continued hearing on motion to compel. | 1.30 | 375.00 | 487.50 |
| 11/10/21 | RRH | Debrief J. Lee on continued hearing on motion to compel and report to Trustee. | 0.20 | 525.00 | 105.00 |
| 11/11/21 | JHL | Draft order continuing hearing on motion to compel. Draft order on motion to extend deadlines.  Correspond with Debtors' counsel regarding edits to order and dispute of same. | 0.70 | 375.00 | 262.50 |
| 11/12/21 | JHL | Review emails from Debtors' counsel regarding case issues. | 0.20 | 375.00 | 75.00 |
| 11/15/21 | JHL | Correspond with Debtors' counsel regarding case issues. | 0.20 | 375.00 | 75.00 |
| 11/16/21 | JHL | Review order continuing hearing on motion to compel. | 0.10 | 375.00 | 37.50 |
| 12/14/21 | JHL | Correspond with Debtors' counsel regarding update regarding sale efforts on third property. Prepare for and attend hearing on motion to compel. | 1.20 | 375.00 | 450.00 |
| 12/15/21 | JHL | Correspond with Debtors' counsel regarding proof that they no longer have listing agreement for last remaining property. | 0.30 | 375.00 | 112.50 |
| 12/22/21 | JHL | Draft agreed order continuing hearing on motion to compel.  Discuss same with Debtor's counsel and L. Gener. | 0.50 | 375.00 | 187.50 |
| 12/23/21 | JHL | Review order entered continuing hearing on motion to compel. | 0.10 | 375.00 | 37.50 |

| 12/30/21 | JHL | Correspond with Debtor's counsel regarding case issues and potential settlement. | 0.20 | 375.00 | 75.00 |
|---|---|---|---|---|---|
| 01/03/22 | JHL | Draft agreed motion and order enlarging deadlines. | 0.50 | 375.00 | 187.50 |
| 01/03/22 | JHL | Review proof of claim filed by IRS. | 0.20 | 375.00 | 75.00 |
| 01/05/22 | JHL | Review order entered granting motion to extend deadlines. | 0.10 | 375.00 | 37.50 |
| 01/07/22 | JHL | Send email to Debtor's counsel regarding update with sale documents. | 0.10 | 375.00 | 37.50 |
| 01/17/22 | JHL | Correspond with Debtor's counsel regarding status of closing on last property. | 0.20 | 375.00 | 75.00 |
| 01/17/22 | RRH | Work with J. Lee to prepare for third hearing on motion to compel. | 0.40 | 525.00 | 210.00 |
| 01/18/22 | JHL | Prepare for and attend hearing on motion to compel. | 1.30 | 375.00 | 487.50 |
| 01/18/22 | RRH | Debrief J. Lee on hearing on motion to compel and prepare report for Trustee. | 0.20 | 525.00 | 105.00 |
| 01/18/22 | JHL | Correspond with Debtor's counsel requesting the closing documents for the sale of the last property. | 0.20 | 375.00 | 75.00 |
| 01/21/22 | JHL | Draft order on motion to compel.  Correspond with Debtor's counsel regarding status of commission check. | 0.60 | 375.00 | 225.00 |
| 01/21/22 | JHL | Review order entered by judge on motion to compel. | 0.10 | 375.00 | 37.50 |
| 01/24/22 | JHL | Correspond with Debtor's counsel regarding update with closing. Review closing statement and checks for third property from Debtor's counsel. | 0.30 | 375.00 | 112.50 |
| 01/25/22 | RRH | Communications with J. Lee confirming the estate's entitlement to real estate commissions and to determine next steps. | 0.20 | 525.00 | 105.00 |
| 01/26/22 | JHL | Provide case update to trustee and correspond regarding payment to estate.  Correspond with Debtor's counsel regarding same. | 0.50 | 375.00 | 187.50 |

| 01/28/22 | JHL | Provide case update to trustee. Provide analysis regarding all case issues including potential exemption or discharge issues.  Correspond with Trustee regarding same. | 0.90 | 375.00 | 337.50 |
|---|---|---|---|---|---|
| 01/31/22 | JHL | Review motion for referral to mortgage modification program. | 0.20 | 375.00 | 75.00 |
| 02/04/22 | JHL | Correspond with trustee confirming receipt of payment from Debtors. | 0.20 | 375.00 | 75.00 |
| 02/23/22 | JHL | Review order entered on verified out of time motion for referral to mortgage modification. | 0.10 | 375.00 | 37.50 |
| 03/09/22 | JHL | Review notice of selection of mortgage modification mediator. | 0.10 | 375.00 | 37.50 |
| 04/27/22 | JHL | Review Trustee's interim report. | 0.20 | 375.00 | 75.00 |
| 04/29/22 | JHL | Review final report of loss mitigation mediator. | 0.10 | 375.00 | 37.50 |
| 05/20/22 | JHL | Review order entered discharging debtors. | 0.10 | 375.00 | 37.50 |
| 07/11/22 | JHL | Review amended proof of claim filed by IRS. | 0.10 | 375.00 | 37.50 |
| | | AR Sub Total | 86.60 | | 33,780.00 |

Case Administration

| 08/04/21 | JHL | Provide case update to trustee. | 0.30 | 375.00 | 112.50 |
|---|---|---|---|---|---|
| 08/06/21 | RRH | E-mails with Trustee regarding criminal referral. | 0.20 | 525.00 | 105.00 |
| 08/10/21 | RRH | E-mails with Trustee regarding criminal referral. | 0.10 | 525.00 | 52.50 |
| 08/19/21 | RRH | E-mails with M. Walker regarding criminal referral. | 0.20 | 525.00 | 105.00 |
| 08/23/21 | RRH | Conference with J. Lee to evalute discovery and dismissal issues. | 0.30 | 525.00 | 157.50 |
| 09/02/21 | RRH | Review and revise respose to motion to dismiss and conferences and emails with J. Lee regarding same. | 1.00 | 525.00 | 525.00 |
| 09/15/21 | RRH | Review and revise criminal referral; conference with J. Lee regarding same. | 0.40 | 525.00 | 210.00 |

| 09/16/21 | RRH | E-mails and calls with J. Lee regarding criminal referral and revisions to same. | 0.20 | 525.00 | 105.00 |
| 09/24/21 | JHL | Correspond with A. Polit regarding criminal referral letter. | 0.20 | 375.00 | 75.00 |
| 01/28/22 | RRH | Communications with J. Lee and Trustee regarding expiration of deadlines. | 0.20 | 525.00 | 105.00 |
| 02/04/22 | RRH | Communications with J. Lee regarding case status and whether further action is needed now that debtor's commision proceeds have been received by the Trustee. | 0.20 | 525.00 | 105.00 |
| 02/25/22 | JHL | Review email from UST to Trustee requesting update with case. | 0.10 | 375.00 | 37.50 |
| 02/28/22 | JHL | Review email from Trustee to UST regarding case update. | 0.10 | 375.00 | 37.50 |
| 04/07/22 | JHL | Review notice of abandonment of certain assets filed by Trustee. | 0.10 | 375.00 | 37.50 |
| 09/07/22 | JHL | Tend to matters related to closing the estate. | 1.00 | 375.00 | 375.00 |
| | | CA Sub Total | 4.60 | | 2,145.00 |

Fee/Employment Applications

| 07/15/22 | RRH | Communications with M. Walker and J. Lee regarding FFA and final taxes. | 0.20 | 525.00 | 105.00 |
| 07/28/22 | JHL | Review order entered granting application to employ Kapila as accountants. | 0.10 | 375.00 | 37.50 |
| 08/25/22 | RRH | E-mails with M. Walker and M. Salazar regarding FFA. | 0.10 | 525.00 | 52.50 |
| 08/26/22 | JHL | Review and finalize time entries and costs for purposes filing a final fee application. | 0.90 | 375.00 | 337.50 |
| 09/02/22 | JHL | Review and finalize fee application. | 0.30 | 375.00 | 112.50 |
| 09/07/22 | PMS | Draft first interim fee application for compensation. | 1.50 | 125.00 | 187.50 |
| 09/07/22 | JHL | Review and revise first interim fee application for compensation. | 1.10 | 375.00 | 412.50 |

| 09/07/22 | PGR | Filing of fee application with the Court. | 0.20 | 175.00 | 35.00 |
|---|---|---|---|---|---|
| 09/07/22 | PGR | Prepare notice to creditors of filing fee application; due diligence to make sure service list is updated. | 0.50 | 175.00 | 87.50 |
| 09/07/22 | PGR | Prepare certificate of service; file with Court and serve on all interested parties. | 0.50 | 175.00 | 87.50 |
| | | FA Sub Total | 5.40 | | 1,455.00 |
| | | Total Fees | 96.60 | | 37,380.00 |
| | | Total  Fees after credits | | | 37,380.00 |

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| John H. Lee | 82.10 | 375.00 | 30,787.50 |
| Grace Ruiz | 1.20 | 175.00 | 210.00 |
| Mark Salazar | 1.50 | 125.00 | 187.50 |
| Ross R. Hartog | 11.80 | 525.00 | 6,195.00 |
| Total Fees | 96.60 | | 37,380.00 |