**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re:  Michael Petrusha | § | Case No. 21-14169-PGH |
| Tracey Petrusha | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

SONEET R. KAPILA, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $374,271.59  *(without deducting any secured claims)* | Assets Exempt:  $50,931.00 |
| Total Distribution to Claimants:  $127,849.41 | Claims Discharged Without Payment:  $230,196.47 |
| Total Expenses of Administration:  $68,019.59 | |

3) Total gross receipts of $195,869.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $195,869.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 367,486.00 | 5,451.59 | 5,451.59 | 5,451.59 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 68,019.59 | 68,019.59 | 68,019.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 70,241.96 | 70,241.96 | 70,241.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,174.89 | 242,869.85 | 226,125.69 | 52,155.86 |
| **TOTAL DISBURSEMENTS** | **$446,660.89** | **$386,582.99** | **$369,838.83** | **$195,869.00** |

4) This case was originally filed under Chapter 7 on 04/30/2021. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/22/2023              By: /s/ SONEET R. KAPILA, CHAPTER 7 TRUSTEE
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate Commissions | 1229-000 | 195,869.00 |
| **TOTAL GROSS RECEIPTS** | | **$195,869.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fay Servicing Llc | 4110-000 | 367,486.00 | 0.00 | 0.00 | 0.00 |
| 17-2 | Department of the Treasury | 4300-000 | N/A | 5,451.59 | 5,451.59 | 5,451.59 |
| **TOTAL SECURED CLAIMS** | | | **$367,486.00** | **$5,451.59** | **$5,451.59** | **$5,451.59** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 13,043.45 | 13,043.45 | 13,043.45 |
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 251.07 | 251.07 | 251.07 |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | 3210-000 | N/A | 37,380.00 | 37,380.00 | 37,380.00 |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | 3220-000 | N/A | 665.72 | 665.72 | 665.72 |
| Signature Bank | 2600-000 | N/A | 2,894.12 | 2,894.12 | 2,894.12 |
| KAPILAMUKAMAL, LLP | 3310-000 | N/A | 5,350.00 | 5,350.00 | 5,350.00 |
| KAPILAMUKAMAL, LLP | 3320-000 | N/A | 141.23 | 141.23 | 141.23 |
| DEPARTMENT OF THE TREASURY | 2810-000 | N/A | 8,294.00 | 8,294.00 | 8,294.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | | N/A | $68,019.59 | $68,019.59 | $68,019.59 |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17-2 | Department of the Treasury | 5800-000 | N/A | 70,241.96 | 70,241.96 | 70,241.96 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | N/A | $70,241.96 | $70,241.96 | $70,241.96 |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MERRICK BANK | 7100-000 | 531.00 | 318.53 | 318.53 | 102.97 |
| 2 | LVNV Funding, LLC | 7100-000 | N/A | 8,899.31 | 0.00 | 0.00 |
| 3 | LVNV Funding, LLC | 7100-000 | N/A | 973.78 | 0.00 | 0.00 |
| 4 | LVNV Funding, LLC | 7100-000 | N/A | 1,064.88 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 3,880.41 | 3,880.41 | 3,880.41 | 1,254.39 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 2,992.55 | 2,992.55 | 2,992.55 | 967.38 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 3,952.00 | 3,952.91 | 3,952.91 | 1,277.83 |
| 8 | JPMorgan Chase Bank, N.A. | 7100-000 | 3,125.77 | 3,125.77 | 3,125.77 | 1,010.44 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | 677.30 | 715.30 | 715.30 | 231.23 |
| 10 | The Bank of Missouri | 7100-000 | 1,708.00 | 1,761.23 | 1,761.23 | 569.34 |
| 11 | Jefferson Capital Systems, LLC | 7100-000 | 1,869.90 | 1,946.76 | 1,946.76 | 629.31 |
| 12 | Pinnacle Credit Services, LLC | 7100-000 | N/A | 229.99 | 0.00 | 0.00 |
| 13 | LVNV Funding, LLC | 7100-000 | N/A | 5,576.20 | 0.00 | 0.00 |
| 14 | Prosper Marketplace Inc. | 7100-000 | 1,802.00 | 1,835.97 | 1,835.97 | 593.50 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | 2,409.32 | 2,409.32 | 2,409.32 | 778.84 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | 0.00 | 2,599.43 | 2,599.43 | 840.30 |
| 17-2 | Department of the Treasury | 7100-000 | N/A | 135,804.06 | 135,804.06 | 43,900.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 17-2 | Department of the Treasury | 7300-000 | N/A | 64,783.45 | 64,783.45 | 0.00 |
| NOTFILED | AGAPEMED, LLC | 7100-000 | 176.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AGAPEMED, LLC | 7100-000 | 186.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AGAPEMED, LLC | 7100-000 | 110.61 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AGAPEMED, LLC | 7100-000 | 289.23 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Allied International Credit Corp., (US) | 7100-000 | 58.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 6,387.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 42.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 43.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,672.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 324.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Client Services | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Daniel Igoe and Mary Igoe | 7100-000 | 19,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | David G. Hutchison, Esq. | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dynamic Recovery Solutions | 7100-000 | 166.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Premier bank | 7100-000 | 401.86 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gold&diamond/cbna | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Golden Rule | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gulf Coast Collection Bureau | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 3,811.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS Centralized Bankruptcy Department | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kenneth R. Irigoyen, D.M.D., P.A. | 7100-000 | 1,159.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | KWB Pathology Associates | 7100-000 | 30.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Monroe County of Florida | 7100-000 | 8,600.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Providian National Bank | 7100-000 | 8,639.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Radiology Associates of Tallahassee | 7100-000 | 38.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sherloq Financial | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Skin Diagnostics Group | 7100-000 | 219.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Talahassee Memorial Healthcare | 7100-000 | 2,040.02 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Talahassee Memorial Healthcare | 7100-000 | 105.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Real Estate Book of Florida Keys | 7100-000 | 2,630.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Receivable Management Services LLC | 7100-000 | 83.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Zakheim & Associates, PA | 7100-000 | 1.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$79,174.89** | **$242,869.85** | **$226,125.69** | **$52,155.86** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 21-14169 PGH | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Michael Petrusha | | Filed (f) or Converted (c): | 04/30/21 (f) |
| | Tracey Petrusha | | §341(a) Meeting Date: | 06/02/21 |
| Period Ending: | 02/22/23 | | Claims Bar Date: | 12/28/21 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 203 Camelot Drive Tavernier FL 33070 Monroe county EXEMPT | 415,196.00 | 0.00 | | 0.00 | FA |
| 2 | Ford Ranger 2001 224000 miles EXEMPT, ABANDONED | 821.00 | 0.00 | OA | 0.00 | FA |
| 3 | Ford Ranger 1999 250000 miles EXEMPT, ABANDONED | 400.00 | 0.00 | OA | 0.00 | FA |
| 4 | Dusky 1986 EXEMPT, ABANDONED | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | Misc. Household Goods and Furnishings PARTIALLY EXEMPT | 620.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Electronics | 305.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Clothes and Shoes | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. Jewelry | 46.00 | 0.00 | | 0.00 | FA |
| 9 | Domestic Pets | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account Bank of America X6041 | 2,799.74 | 0.00 | | 0.00 | FA |
| 12 | Checking account Bank of America X1459 | 105.09 | 0.00 | | 0.00 | FA |
| 13 | Keys Dreams, LLC | 2,809.76 | 0.00 | | 0.00 | FA |
| 14 | Real estate license | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Both debtors have health insurance through Obama Care | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Real Estate Commissions  (u) | 0.00 | 195,869.00 | | 195,869.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$425,202.59** | **$195,869.00** | | **$195,869.00** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 12/28/2021; CLAIMS REVIEW COMPLETE  
TAX RETURN STATUS: FINAL RETURN COMPLETE

CASE STATUS: THE TRUSTEE HIRED ROSS HARTOG, ESQ. TO PURSUE RECOVERY OF REAL ESTATE COMMISSIONS.

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 2

**Initial Projected Date of Final Report (TFR):** December 31, 2022    **Current Projected Date of Final Report (TFR):** November 14, 2022 (Actual)

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 21-14169 PGH | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Michael Petrusha | | Bank Name: | Signature Bank |
| | Tracey Petrusha | | Account: | ******2913 - Checking |
| Taxpayer ID#: | **-***6401 | | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period Ending: | 02/22/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/21 | Asset #16 | THE CLOSING TEAM | PAYMENT PER ORDER DATED OCTOBER 12, 2021 [ECF 52] - GEIGER COMMISSION | 1229-000 | 25,531.00 | | 25,531.00 |
| 10/21/21 | Asset #16 | THE CLOSING TEAM | PAYMENT PER ORDER DATED OCTOBER 12, 2021 [ECF 52]  GEIGER COMMISSION | 1229-000 | 25,531.00 | | 51,062.00 |
| 10/21/21 | Asset #16 | BANK OF AMERICA | PAYMENT PER ORDER DATED OCTOBER 12, 2021 [ECF 52] - POINCIANA COMMISSION | 1229-000 | 24,965.00 | | 76,027.00 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 32.49 | 75,994.51 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 129.92 | 75,864.59 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 125.64 | 75,738.95 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 125.44 | 75,613.51 |
| 02/02/22 | Asset #16 | DIRECT MLS LISTINGS LLC | PAYMENT PER ORDER DATED JANUARY 21, 2022 [ECF 64] COMMISSION FROM SALE OF CONCH KEY HOLDINGS AND CONCH KEY WATERSPORTS, INC. | 1229-000 | 59,921.00 | | 135,534.51 |
| 02/02/22 | Asset #16 | DIRECT MLS LISTINGS LLC | PAYMENT PER ORDER DATED JANUARY 21, 2022 [ECF 64] COMMISSION FROM SALE OF CONCH KEY HOLDINGS AND CONCH KEY WATERSPORTS, INC. | 1229-000 | 59,921.00 | | 195,455.51 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 279.57 | 195,175.94 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 323.24 | 194,852.70 |

**Form 2** — Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 2

| Case Number: | 21-14169 PGH | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Michael Petrusha | Bank Name: | Signature Bank |
| | Tracey Petrusha | Account: | ******2913 - Checking |
| Taxpayer ID#: | **-***6401 | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period Ending: | 02/22/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 316.64 | 194,536.06 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 316.12 | 194,219.94 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 315.61 | 193,904.33 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 315.09 | 193,589.24 |
| 08/18/22 | 1001 | DEPARTMENT OF THE TREASURY | 2022 FORM 1041-V PAYMENT - EIN 87-6706409 | 2810-000 | | 1,898.00 | 191,691.24 |
| 08/18/22 | 1002 | DEPARTMENT OF THE TREASURY | 2021 FORM 1041-V PAYMENT - EIN 87-6706409 | 2810-000 | | 2,249.00 | 189,442.24 |
| 08/18/22 | 1003 | DEPARTMENT OF THE TREASURY | 2021 FORM 1041-V PAYMENT - EIN 87-6706401 | 2810-000 | | 2,249.00 | 187,193.24 |
| 08/18/22 | 1004 | DEPARTMENT OF THE TREASURY | 2022 FORM 1041-V PAYMENT - EIN 87-6706401 | 2810-000 | | 1,898.00 | 185,295.24 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 313.77 | 184,981.47 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 300.59 | 184,680.88 |
| 12/22/22 | 1005 | Department of the Treasury | Dividend of 100.000000000%, Claim No.17-2. | 4300-000 | | 5,451.59 | 179,229.29 |
| 12/22/22 | 1006 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000%. | 2100-000 | | 13,043.45 | 166,185.84 |
| 12/22/22 | 1007 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000%. | 2200-000 | | 251.07 | 165,934.77 |
| 12/22/22 | 1008 | MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | Dividend of 100.000000000%. | 3210-000 | | 37,380.00 | 128,554.77 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 21-14169 PGH | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Michael Petrusha | Bank Name: | Signature Bank |
| | Tracey Petrusha | Account: | ******2913 - Checking |
| Taxpayer ID#: | **-***6401 | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period Ending: | 02/22/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/22 | 1009 | MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | Dividend of 100.000000000%. | 3220-000 | | 665.72 | 127,889.05 |
| 12/22/22 | 1010 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000%. | 3310-000 | | 5,350.00 | 122,539.05 |
| 12/22/22 | 1011 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000%. | 3320-000 | | 141.23 | 122,397.82 |
| 12/22/22 | 1012 | Department of the Treasury | Dividend of 100.000000000%, Claim No.17-2. | 5800-000 | | 70,241.96 | 52,155.86 |
| 12/22/22 | 1013 | MERRICK BANK | Dividend of 32.326227775%, Claim No.1. | 7100-000 | | 102.97 | 52,052.89 |
| 12/22/22 | 1014 | Capital One Bank (USA), N.A. | Dividend of 32.326227775%, Claim No.5. | 7100-000 | | 1,254.39 | 50,798.50 |
| 12/22/22 | 1015 | Capital One Bank (USA), N.A. | Dividend of 32.326227775%, Claim No.6. | 7100-000 | | 967.38 | 49,831.12 |
| 12/22/22 | 1016 | Capital One Bank (USA), N.A. | Dividend of 32.326227775%, Claim No.7. | 7100-000 | | 1,277.83 | 48,553.29 |
| 12/22/22 | 1017 | JPMorgan Chase Bank, N.A. | Dividend of 32.326227775%, Claim No.8. | 7100-000 | | 1,010.44 | 47,542.85 |
| 12/22/22 | 1018 | Quantum3 Group LLC as agent for | Dividend of 32.326227775%, Claim No.9. | 7100-000 | | 231.23 | 47,311.62 |
| 12/22/22 | 1019 | The Bank of Missouri | Dividend of 32.326227775%, Claim No.10. | 7100-000 | | 569.34 | 46,742.28 |
| 12/22/22 | 1020 | Jefferson Capital Systems, LLC | Dividend of 32.326227775%, Claim No.11. | 7100-000 | | 629.31 | 46,112.97 |
| 12/22/22 | 1021 | Prosper Marketplace Inc. | Dividend of 32.326227775%, Claim No.14. | 7100-000 | | 593.50 | 45,519.47 |
| 12/22/22 | 1022 | Portfolio Recovery Associates, LLC | Dividend of 32.326227775%, Claim No.15. | 7100-000 | | 778.84 | 44,740.63 |
| 12/22/22 | 1023 | Portfolio Recovery Associates, LLC | Dividend of 32.326227775%, Claim No.16. | 7100-000 | | 840.30 | 43,900.33 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 21-14169 PGH | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Michael Petrusha | Bank Name: | Signature Bank |
|  | Tracey Petrusha | Account: | ******2913 - Checking |
| Taxpayer ID#: | **-***6401 | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period Ending: | 02/22/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/22 | 1024 | Department of the Treasury | Dividend of 32.326227775%, Claim No.17-2. | 7100-000 |  | 43,900.33 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 195,869.00 | 195,869.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 195,869.00 | 195,869.00 |  |
|  |  |  | Less: Payment to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$195,869.00** | **$195,869.00** |  |

| | | |
|---|---|---|
| Net Receipts: | $195,869.00 |
| Net Estate: | $195,869.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2913** | 195,869.00 | 195,869.00 | 0.00 |
|  | **$195,869.00** | **$195,869.00** | **$0.00** |